STATE of Missouri, Respondent,

v.

Kevin WILLIAMS, Appellant.

No. WD 62063.

Missouri Court of Appeals,
Western District.

Sept. 9, 2003.

Craig Allan Johnson, State Public Defender Office, Columbia, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Jefferson City, John Munson Morris, Dora A. Fichter, Office of Attorney General, Jefferson City, for Respondent.

Before PAUL M. SPINDEN, Presiding Judge, THOMAS H. NEWTON, Judge, and RONALD R. HOLLIGER, Judge.

### ORDER

Kevin Williams appeals the circuit court's judgment convicting him of burglary in the second degree and stealing. We affirm. Rule 30.25(b).